UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

MICHAEL PIERCE,

    Plaintiff,

v.                                                   3:12-cv-565

OFFICER SEALEY and
OFFICER PARNELL,

    Defendants.

## JUDGMENT ORDER

For the reasons stated in the court's Memorandum and Order, plaintiff's application to proceed *in forma pauperis* is **DENIED** and the court **ORDERS** that this action is **DISMISSED**. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

    **ENTER:**

                                                                   s/ Thomas W. Phillips
                                                                   United States District Judge

ENTERED AS A JUDGMENT
    s/ *Debra C. Poplin*
      CLERK OF COURT