UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

MICHAEL PIERCE,

      Plaintiff,

v.                                             3:12-cv-565

OFFICER SEALEY and
OFFICER PARNELL,

      Defendants.

## MEMORANDUM AND ORDER

This *pro se* prisoner's civil rights complaint under 42 U.S.C. § 1983 was filed by inmate Franklin Smith on behalf of inmate Michael Pierce. The case was dismissed because Mr. Smith failed to establish his next friend status for Mr. Pierce. Mr. Smith appealed the dismissal and the appeal was dismissed. [Doc. 21, Order of USCA]. In the meantime, Mr. Smith filed a motion to reopen the case. The motion to reopen [Doc. 19] lacks merit and it is **DENIED**.

    **ENTER:**

                                                    s/ Thomas W. Phillips
                                               United States District Judge